**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: October 14, 2009**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
SELENA WALKER

DEBTOR

CASE # 08-10346
CHAPTER 13
JUDGE: PERLMAN

ORDER GRANTING
MOTION TO SUSPEND
PAYMENTS

This matter is before the Court upon the Motion to Suspend Payments (Doc. 42) for the months of September, October, and November 2009. The reason for the suspension is set forth in the Motion.

For good cause shown, and there being no objection by the Trustee, the Court GRANTS the motion for suspension of payments. Payments by the debtor(s) to the Chapter 13 Trustee are hereby suspended for the months of September, October, and November 2009.

IT IS SO ORDERED

Serve upon:

U.S. Trustee

Margaret A. Burks

Goering & Goering

Debtor- 8837 Planet Drive, Cincinnati, OH 45231

###